ELLEN F. ROSENBLUM
Attorney General
ROBERT E. SULLIVAN  #983539
Senior Assistant Attorney General
NATHAN RIEMERSMA #164699
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Robert.Sullivan@doj.state.or.us
         Nathan.K.Riemersma@doj.state.or.us
Attorneys for Defendant State of Oregon

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JEFFREY LOCKER,<br><br>           Plaintiff,<br><br>      v.<br><br>THE STATE OF OREGON,<br><br>           Defendant. | Case No.  2:19-CV-01720-YY<br><br>NOTICE OF SETTLEMENT |

Pursuant to ORS 17.095, the State notifies the court that this action has been settled pursuant to the terms of a Settlement Agreement and Release, a copy of which is attached as Exhibit 1.

DATED July   26  , 2022.

                      Respectfully submitted,

                      ELLEN F. ROSENBLUM
                      Attorney General


                      *s/ Robert E. Sullivan*
                      ROBERT E. SULLIVAN #983539
                      Senior Assistant Attorney General
                      NATHAN RIEMERSMA #164699
                      Assistant Attorney General
                      Trial Attorneys
                      Robert.Sullivan@doj.state.or.us
                      Nathan.K.Riemersma@doj.state.or.us
                      Of Attorneys for Defendants

Page 1 -    NOTICE OF SETTLEMENT
RS/bl2/9934501-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791